IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Southern Fidelity Managing Agency,
LLC, et al.,

        Plaintiff,

        vs.                            Case No. 12-2702-JTM

Citizens Bank & Trust Company,

        Defendant.


Southern Fidelity Managing Agency,
LLC, et al.,

        Plaintiff,

        vs.                            Case No. 12-2707-JTM

Citizens Bank & Trust Company,

        Defendant.


MEMORANDUM AND ORDER

Consistent with the decision of the Tenth Circuit (Dkt. 30), the previous Order of this court (Dkt. 23) is hereby vacated; the decision of the bankruptcy court is AFFIRMED..

SO ORDERED this 9th day of April, 2015.

                                             s/ J. Thomas Marten
                                             J. THOMAS MARTEN, JUDGE